**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  14-CR-00194-RM**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1.  TAWNIE LUCERO,**

**Defendant.**

---

## ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

    **IT IS HEREBY ORDERED** that this case is designated as a "Durango Case" and that it be flagged in CM/ECF as "DUR PP" and manually entered onto the Durango Pilot Program Calendar in CEO.

**DATED: May 13, 2014.**

                              **BY THE COURT:**

                              **s/David L. West**
                              **United States Magistrate Judge**