**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00194-RM

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.    TAWNIE LUCERO,

    Defendant.

---

**ORDER ACCEPTING DEFENDANT'S PLEA OF GUILTY**

---

Pursuant to an Order of Reference on May 13, 2014, and with the express written consent of the defendant (ECF No. 10), Magistrate Judge David West conducted a change of plea hearing on May 14, 2014 in accordance with Rule 11, Fed.R.Crim.P. At that hearing, defendant pled guilty to a felony set forth in Count 1 of an information filed in this matter on May 12, 2014, charging a violation of 26 U.S.C. § 7201. The information was supported by a waiver of indictment also filed on May 12, 2014. At the hearing, Judge West made specific findings set forth in the Minutes (ECF No. 5) of the change of plea hearing. Judge West recommended acceptance of the plea to this Court, and advised the parties that they may object to his findings and recommendations within fourteen (14) days pursuant to Rule 59(b)(2), Fed.R.Crim.P.

No objections have been filed by either party with respect to Judge West's findings and recommendations. The time for filing the same has passed.

Accordingly, being fully advised in this matter, the Court hereby:

1. Accepts the findings of the Magistrate Judge with respect to the change of plea as set forth in the Minutes referenced above and incorporates the same by reference into this Order as my findings in this matter;

2. Accepts the recommendation of the Magistrate Judge and accepts defendant's tendered plea of guilty to Count 1 of the information;

3. Finds and concludes that defendant is hereby adjudged guilty of the offense set forth in Count 1 of the information; and

4. Defers acceptance of the plea agreement until sentencing.

DATED this 2nd day of July, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge