**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Raymond P. Moore**

Criminal Case No. 14-cr-00194-RM

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.      TAWNIE LUCERO,

      Defendant.

---

**ORDER VACATING SENTENCING DATE**

---

Pursuant to the Durango Pilot Project the Sentencing in this matter currently set for August 8, 2014 at 10:00 a.m. is VACATED. Sentencing will be held before a District Judge in accordance with the Durango Pilot Project during the week of August 11, 2014. The District Judge scheduled to appear in Durango will reset this matter for a date and time consistent with the District Judge's other calendar obligations for that week.

DATED this 2nd day of July, 2014.

BY THE COURT:

_____
RAYMOND P. MOORE
United States District Judge